# UNITED STATES DISTRICT COURT
for the
## Northern District of Alabama, Southern Division

JAMES TANNEHILL, II )
)
)
Plaintiff )
)    CV-08-HGD-1142-S
V. )
)
TOMMY RAGLAND et al. )
)
)
Defendants )

Summons in a Civil Action

To:   Heritage Plantation, Inc.
      Attn: Registered Agent
      Sandra Steele
      8624 South Memorial Parkway
      Huntsville, AL 35802

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address is:

James Tannehill, II
3355 N. Academy Blvd.
#130
Colorado Springs, CO 80917

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Sharon N. Harris*
Sharon N. Harris, Clerk

Date: 6/30/08

*Stephanie Jolen*
Deputy Clerk

U.S. District Court
Room 140, U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203