RECEIVED

09 JAN -5 PM 2:44

U.S. DISTRICT COURT
N.D. OF ALABAMA

3355 N. Academy Blvd.
#130
Colorado Springs, CO 80917

December 31, 2008

Sharon N. Harris
Clerk of the Court
United States District Court
Northern District of Alabama
1729 Fifth Avenue North
Birmingham, AL 35203

   Delivery Via USPS Certified Mail # 7007 2680 0002 4157 0511

Re:  Second Request for Testimony and Production of Records Pursuant to 28 U.S.C. § 604

Dear Ms. Harris:

  By letter dated December 8, 2008, received on December 15, 2008, the Clerk of the Court was requested to provide certain testimony and production of records pursuant to 28 U.S.C. § 604.

  I am in receipt of an Order dated December 23, 2008, signed by Magistrate Judge Davis, purporting to authorize the Clerk to: "disregard [my] request for documents and testimony in this matter."

  I have not received your response, as Clerk of the Court, and herby reassert my request.

  Neither the Clerk of the Court, nor Deputy Clerks, are parties to Civil Action No. 5:08-cv-01142 (formerly designated 2:08-cv-01142) and the testimony and administrative records sought do not pertain to legal claims or defenses asserted in same. The request and determination to comply is an administrative matter within the purview and responsibility of the Clerk of the Court to determine and communicate.

HGD

Please let me hear from you soon as to the Clerk of the Court's determination and intentions in this matter.

Sincerely,

James Tannehill, II.

cc: Administrative Office of the U.S. Courts
One Columbus Circle NE
Washington, D.C. 20544